UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:20-CR-95 |
| | § | |
| ROBERTO TAFOLLA | § | |

**ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE**

Defendant Roberto Tafolla's unopposed motion to modify his conditions of bond (D.E. 22) is **GRANTED**. The defendant may travel within the continental United States for employment purposes with RTA Express.

ORDERED this 3rd day of April 2020.

_____
Jason B. Libby
United States Magistrate Judge

1 / 1